IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-09-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| PATRICK OFARON LONGDON, | |
| Defendant. | |

Defendant Patrick Ofaron Longdon filed a Notice of Substitution of Counsel on December 21, 2021.[1]

Local Rule 83.3(a) requires that "a notice of substitution [be] signed by the incoming and [the] outgoing attorney. . ."[2] The notice fails to comply with Local Rule 83.3.

---

[1] Doc. 31.

[2] L. R. 83.3(a).

-1-

ORDERED:

Defendant's substitution of counsel is DENIED without prejudice to renewal in proper form.

DATED this __22nd__ day of December, 2021.

_____
SAM E. HADDON
United States District Judge