# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK OFARON LONGDON,<br><br>Defendant. | CR 18-09-H-SEH<br><br>ORDER |

On December 21, 2021, Defendant Patrick Ofaran Longdon filed a Motion for Early Termination of Supervised Release.[1] The United States Attorney and United States Probation Office do not oppose the motion.

ORDERED

Defendant Patrick Ofaran Longdon's supervision is hereby TERMINATED.

DATED this 7th day of January, 2022.

SAM E. HADDON
United States District Judge

---

[1] Doc. 32.